IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

In Re: UltraMist Sunscreen Litigation )
    Plaintiff(s) ) Case No. 13 C 131
     )
v. )
     )
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
      and against defendant(s)
      in the amount of $       ,

          which ☐ includes     pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
      and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Plaintiff's motion for final approval of class action settlement granted.  Plaintiff's motion for attorneys' fees, costs, and incentive award granted.  Class Counsel is awarded fees and costs in the amount of $459,000, and the Plaintiff is awarded an incentive payment of $3,500.

This action was *(check one)*:

☐   tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐   tried by Judge     without a jury and the above decision was reached.

☒   decided by Judge Rebecca R. Pallmeyer on a motion for final approval of class action and Plaintiff's motion for attorneys' fees, costs, and incentive award.

Date:   5/16/2014                Thomas G. Bruton, Clerk of Court

                                                   Ena T. Ventura, Deputy Clerk